No. 127. RADIO CORPORATION OF AMERICA *v.* RAYTHEON MANUFACTURING Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. John W. Davis, Manton Davis, John L. Hall, Claude R. Branch,* and *Frederick A. Ballard* for petitioner. *Mr. Edward F. McClennen* for respondent. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆

No. 157. ST. LOUIS CAN Co. *v.* GENERAL AMERICAN LIFE INSURANCE Co. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. T. M. Pierce* and *Samuel H. Liberman* for petitioner. *Messrs. Fred L. Williams, Earl F. Nelson, Fred L. English,* and *Everett Paul Griffin* for respondents. ▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆

No. 169. UNITED STATES TRUST COMPANY OF NEW YORK, TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Clay Judson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John MacC. Hudson* for respondent. ▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆

No. 173. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SALVAGE; and

No. 280. SALVAGE *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed, Assist-*